ALT v. PARKER

No. 533P93

Case below: 112 N.C.App. 307

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 March 1994.

BEST v. DUKE UNIVERSITY

No. 51PA94

Case below: 112 N.C.App. 548

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 3 March 1994. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 3 March 1994.

BROOKS v. HAYES

No. 14P94

Case below: 113 N.C.App. 168

Petition by plaintiff (Brooks) for discretionary review pursuant to G.S. 7A-31 denied 3 March 1994. Petition by defendant (Hayes) for discretionary review pursuant to G.S. 7A-31 denied 3 March 1994.

BROWN v. BROWN

No. 566P93

Case below: 112 N.C.App. 614

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 March 1994.

BROWN v. BROWN

No. 565P93

Case below: 112 N.C.App. 619

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 March 1994.